IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| GREGORY COOPER | § § § | |
| Plaintiff, | § § | |
| vs. | § § | CIVIL ACTION NO. H-04-3363 |
| APACHE CORPORATION | § § § | |
| Defendant | § | |

## JOINT MOTION TO DISMISS WITH PREJUDICE

All parties to this case now file this Agreed Motion to Dismiss With Prejudice. In support, they state as follows:

1. A settlement has been reached in this case.

2. Therefore, the parties respectfully request, in accordance with Rule 41(a)(2) of the Federal Rules of Civil Procedure, that the Court administratively dismiss this case. Such dismissal shall be with prejudice, with each party bearing its own attorney's fees and costs.

3. All parties are in agreement with this motion and request that the Court grant it.

4. A proposed Order is attached.

Respectfully submitted,

*Katrina Patrick*
**Katrina S. Patrick**
State Bar No. 00797218
2700 Post Oak Blvd. Suite 1350
Houston, TX 77056
Telephone No.: (713) 796-8218
Facsimile No.: (713) 212-0290
**ATTORNEY FOR PLAINTIFF**
*Signed w/permission

- 1 -

_[signature]_
**M. Kaye DeWalt**
State Bar No.: 15964500
**David J. Manley**
State Bar No. 24001593
1000 Louisiana, Suite 5400
Houston, Texas 77002
Telephone No.: (713) 750-3100
Facsimile No.: (713) 750-3101
**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I do hereby certify that on this the 15th day of August 2005, a true and correct copy of the foregoing document was duly served upon all counsel of record and parties entitled to notice *via Facsimile and United States First Class Mail* and addressed to the following:

> Katrina S. Patrick
> 2700 Post Oak Blvd. Suite 1350
> Houston, TX 77056
> ***Via Facsimile No.:*** *(713) 212-0290*
> ***and Via CM/RRR No. 7003 1010 0004 5397 8932***

_[signature]_
David Manley

- 2 -

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| GREGORY COOPER | § | |
| Plaintiff, | § § § | |
| vs. | § § | CIVIL ACTION NO. H-04-3363 |
| APACHE CORPORATION | § § § | |
| Defendant | § | |

**ORDER**

The Court has considered the parties' Joint Motion to Dismiss With Prejudice. The Motion is GRANTED. It is therefore

ORDERED this case is dismissed, with prejudice, with each party bearing its own attorney's fees and costs.

It is so ORDERED on this ____ day of August 2005.

_____
Hon. Lee H. Rosenthal, U.S. District Judge